[No. 30233-4-III.   Division Three.   March 5, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. RICHARD SOLIZ, *Appellant*.

Appeal from a judgment of the Superior Court for Yakima County, No. 10-1-00258-3, Michael G. McCarthy, J., entered September 12, 2011. *Affirmed* by unpublished opinion per Brown, J., concurred in by Korsmo, C.J., and Kulik, J.

[No. 30237-7-III.   Division Three.   March 5, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. TONY ORLANDO CANTU, *Appellant*.

Appeal from a judgment of the Superior Court for Adams County, No. 10-1-00136-1, David Frazier, J. Pro Tem., entered August 17, 2011. *Affirmed* by unpublished opinion per Brown, J., concurred in by Siddoway, A.C.J., and Kulik, J.

[No. 30351-9-III.   Division Three.   March 5, 2013.]

PAT MCINTYRE ET AL., *Appellants*, v. SPOKANE VALLEY HERITAGE MUSEUM, *Respondent*.

Appeal from a judgment of the Superior Court for Spokane County, No. 10-2-00799-1, Tari S. Eitzen, J., entered October 14, 2011. *Affirmed* by unpublished opinion per Siddoway, A.C.J., concurred in by Sweeney and Kulik, JJ.

[No. 30445-1-III.   Division Three.   March 5, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. MARK A. MONTGOMERY, *Appellant*.

Appeal from a judgment of the Superior Court for Klickitat County, No. 10-1-00094-3, Brian P. Altman, J., entered November 21, 2011. *Affirmed* by unpublished opinion per Brown, J., concurred in by Korsmo, C.J., and Kulik, J.